IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JIMMIE T. BROWN,

    Plaintiff,          No. CIV S-09-0492 DAD P

   vs.

S. MILLER, et al.,

    Defendants.       ORDER

                                     /

        Plaintiff has requested an extension of time to file an amended complaint pursuant to the court's order of March 18, 2009. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's April 14, 2009 request for an extension of time (Doc. No. 7) is granted; and

        2. Plaintiff is granted thirty days from the date of service of this order in which to file an amended complaint.

DATED: April 21, 2009.

                                                          DALE A. DROZD
                                                          UNITED STATES MAGISTRATE JUDGE

DAD:9:md
brow0492.36amc