IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JIMMIE T. BROWN,

    Plaintiff,                           No. CIV S-09-0492 DAD

    vs.

S. MILLER, et al.,                      ORDER AND

    Defendants.               FINDINGS AND RECOMMENDATIONS

_____/

        By order filed March 18, 2009, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint was granted. On April 22, 2009, plaintiff was granted an additional thirty days to amend the complaint. That period has now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

        Accordingly, IS HEREBY ORDERED that the Clerk of the Court is directed to randomly assign a United States District Judge to this action;

        IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 11-110; Fed. R. Civ. P. 41(b).

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, plaintiff may file written

1

1  objections with the court. The document should be captioned "Objections to Magistrate Judge's
2  Findings and Recommendations." Plaintiff is advised that failure to file objections within the
3  specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951
4  F.2d 1153 (9th Cir. 1991).
5  DATED: June 3, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:lg
brow0492.fta