IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JIMMIE T. BROWN,

    Plaintiff,                          No. CIV S-09-0492 GEB DAD P

    vs.

S. MILLER, et al.,

    Defendants.                 <u>ORDER</u>

         Plaintiff is a state prisoner proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983. By order filed March 18, 2009, plaintiff's complaint was dismissed with leave to amend. Plaintiff has filed an amended complaint.[1]

         Plaintiff's amended complaint appears to state cognizable claims for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). If the allegations of the amended complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.

/////

---

[1] On June 3, 2009, the court issued findings and recommendations, recommending dismissal of this action due to plaintiff's failure to file an amended complaint. As noted above, plaintiff has since filed an amended complaint. Good cause appearing, the court will vacate its findings and recommendations and allow the case to proceed in accordance with this order.

Accordingly, IT IS HEREBY ORDERED that:

1. Service of the amended complaint is appropriate for the following defendants: Her, Corbitt, Yang, Miller, and Sisto.

2. The Clerk of the Court shall send plaintiff five USM-285 forms, one summons, an instruction sheet, and a copy of the amended complaint filed June 18, 2009.

3. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit all of the following documents to the court at the same time:

    a. The completed, signed Notice of Submission of Documents;

    b. One completed summons;

    c. One completed USM-285 form for each defendant listed in number 1 above; and

    d. Six copies of the amended complaint filed June 18, 2009.

4. Plaintiff shall not attempt to effect service of the amended complaint on defendants or request a waiver of service of summons from any defendant. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. The court's June 3, 2009 findings and recommendations are vacated.

DATED: July 17, 2009.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
brow0492.1am

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JIMMIE T. BROWN,

        Plaintiff,                     No. CIV S-09-0492 GEB DAD P

    vs.

S. MILLER, et al.,               NOTICE OF SUBMISSION

        Defendants.            OF DOCUMENTS

_____/

        Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

        ____ one completed summons form;

        ____ five completed USM-285 forms; and

        ____ six true and exact copies of the amended complaint filed June 18, 2009.

DATED: _____.

                                                    _____
                                                    Plaintiff